# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CIRCLE DE LLC, THOMAS DEAN, and
BETTY JO DEAN,

    Plaintiffs,

v.                                    CASE NO: 8:10-cv-1923-T-26AEP

AMERICAN MODERN HOME INSURANCE
COMPANY,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant's Motion for Summary Judgment or Alternative Motion for Partial Summary Judgment (Dkt. 13) is stricken pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered October 28, 2010, at docket 12, for failure to comply with paragraph 6(b) of that order.  Furthermore, although Defendant cites to the deposition of Plaintiff Thomas Dean in support of what Defendant contends are the "operative facts," Defendant has failed to submit a copy of Mr. Dean's deposition for this Court to evaluate in terms of whether that deposition testimony in fact supports the "operative facts" Defendant is relying on for entry of summary judgment.

**DONE AND ORDERED** at Tampa, Florida, on April 12, 2011.

                                      s/*Richard A. Lazzara*
                              **RICHARD A. LAZZARA**
                              **UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:  Counsel of Record